IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL C. KALASHEH,** : |  |
|     Plaintiff, : |  |
| : |  |
| v. : | Case No. 2:25-cv-05103-JDW |
| : |  |
| **VERDANTAS LLC,** : |  |
|     Defendant. : |  |

### ORDER

AND NOW, this 28th day of October, 2025, upon consideration of *pro se* Plaintiff Michael C. Kalasheh's Motion to Proceed *In Forma Pauperis* (ECF No. 1), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DEEMED** filed.

Upon review of the Complaint, it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that, on or before November 21, 2025, Mr. Kalasheh may file an Amended Complaint. Any Amended Complaint must identify all defendants in the caption of the Amended Complaint in addition to identifying them in the body of the Amended Complaint and shall state the basis for Mr. Kalasheh's claims against each defendant. The Amended Complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his Amended Complaint, Mr. Kalasheh should be mindful of my reasons for dismissing the

claims in his original Complaint, as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order. If Mr. Kalasheh does not wish to amend further and instead intends to stand on his initial Complaint as originally pled, he may file a notice with the Court on or before November 21, 2025, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case. If Mr. Kalasheh fails to file any response to this Order, I will conclude that he intends to stand on his Complaint and will issue a final order dismissing this case.

It is **FURTHER ORDERED** that the Clerk of Court shall send Mr. Kalasheh a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the civil action number for this case. Mr. Kalasheh may use this form to file his Amended Complaint if he chooses to do so.

It is **FURTHER ORDERED** that the Motion To Appoint Counsel (ECF No. 3) is **DENIED WITHOUT PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**