**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL C. KALASHEH,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:25-cv-05103-JDW** |
| | : | |
| **VERDANTAS LLC,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 17th day of March, 2026, upon consideration of *pro se* Plaintiff Michael C. Kalasheh's Amended Complaint (ECF No. 8), it is **ORDERED** that, for the reasons set forth in the accompanying Memorandum, the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

It is **FURTHER ORDERED** that Mr. Kalasheh may file a second amended complaint on or before April 17, 2026. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Mr. Kalasheh's claims against each defendant. **The second amended complaint shall be a complete document that does not rely on the initial Complaint, first Amended Complaint, or other papers filed in this case to state a claim.** When drafting his second amended complaint, Mr. Kalasheh should be mindful of my reasons for dismissing the claims in his first Amended Complaint. Upon the filing of a second amended complaint, the Clerk shall

not make service until I so order, so that I may screen the second amended complaint in accordance with 28 U.S.C. § 1915(e)(2)(B).

The Clerk of Court shall send Mr. Kalasheh a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the above-captioned civil action number. Mr. Kalasheh may use this form to file his second amended complaint if he chooses to do so. If Mr. Kalasheh does not wish to amend further and instead intends to stand on his first Amended Complaint (ECF No. 8) as originally pled, then he may file a notice with the Court on or before April 17, 2026, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

If Mr. Kalasheh fails to file any response to this Order, I will conclude that he intends to stand on his Amended Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**

2